RECEIVED
IN ALEXANDRIA, LA.
OCT 13 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BELL | CIVIL ACTION 08-0084 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| J. C. PENNEY, et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion for summary judgment, Doc. #22, and supplemental motion for summary judgment, doc. #32, as well as the Daubert motion to exclude Dr. Christensen's testimony, doc. #37, are all DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _12th_ day of _October_, 2009.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**